IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

MARK HAYES,

                Plaintiff,        Case No. 4:14-cv-392

v.                                     Iowa District Ct. Case No. LACL130479

MORTGAGE COMPLIANCE
ADVISORS LLC. AND ALISON
PICKETT,

                Defendants.

**NOTICE OF REMOVAL**

    **COMES NOW,** Defendants Mortgage Compliance Advisors LLC and Alison Pickett ("Defendants"), by and through its undersigned attorneys, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and hereby removes the above-captioned cause of action from the Iowa District Court for Polk County to the United States District Court, Southern District of Iowa, Central Division. In support thereof, Defendant states the following:

    1.    This action was originally filed by Plaintiff Mark Hayes ("Hayes") against Mortgage Compliance Advisors LLC on June 4, 2014 in the Iowa District Court in and for Polk County, entitled <u>Mark Hayes v. Mortgage Compliance Advisors LLC, and Alison Pickett</u>, Case No. LACL130479. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition at Law and Jury Demand is attached as Exhibit 1.

    2.    On or about July 2, 2014, Plaintiff filed an Amended Petition at Law and Jury Demand against Defendant Mortgage Compliance Advisors LLC and Alison Pickett in the Iowa District Court in and for Polk county, entitled <u>Mark Hayes v. Mortgage Compliance Advisors</u>

LLC, and Alison Pickett, Case No. LACL130479 ("Amended Petition"). Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition at Law and Jury Demand is attached as Exhibit 2.

    3.    Personal service on Defendant MCA was achieved on September 3, 2014 by personal delivery of the original notice to Defendant MCA executive Jeff Jensen.

    4.    This case may be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. § 1331.  This is a civil action in which Plaintiff is alleging violations of the Americans with Disabilities Act (ADA), along with employment-related state claims of wrongful termination and unpaid wages.

    5.    That Plaintiff's disability and failure to accommodate claims are federal in nature is evidenced by Paragraphs 37 ("…in order to effectuate his rights under the ADA") and 69 ("Defendants failed to accept reasonable accommodation as required under the ADA") of Plaintiff's Amended Petition.  Further, Paragraph 13 of the Amended Petition references a right to sue letter dated March 6, 2014. Attached as Exhibit 3 is a copy of the Dismissal and Notice of Rights issued by the U.S. Equal Employment Opportunity Commission on March 6, 2014.

    6.    Pursuant to 28 U.S.C. § 1367(a), the United States District Court has supplemental jurisdiction over Plaintiff's related state claims.

    7.    The acts of which Plaintiff complains would have occurred in Des Moines, Polk County, Iowa.

    8.    The time for filing this notice of removal has not run because thirty (30) days has not expired since September 3, 2014, the date on which Defendant MCA was personally served with the original notice and a copy of the Amended Petition at Law and Jury Demand.

9. Defendants have not been served with, and are not aware of any other process, pleadings, and/or orders in the action pending in Iowa District Court in and for Polk County other than those identified in Paragraphs 1 through 2 above. Defendants have not served any other pleadings nor made any arguments in the action pending in the Iowa District Court in and for Polk County.

10. Pursuant to Local Rule 81(a), Defendants state that this is the only matter currently pending in the state court that will require resolution.

11. Counsel that has appeared on behalf of Plaintiff in state court is:

> Joseph C. Glazebrook, AT0010193
> Glazebrook & Moe, LLP
> 118 SE 4th St. Ste. 101
> Des Moines, IA 50309
> Phone: 515-259-1110
> Fax: 515-259-1112
> joseph@glazebrookmoe.com

12. This Notice of Removal is being served upon Plaintiff's counsel by mail and is being filed with the Clerk of the Iowa District Court in and for Polk County.

**WHEREFORE,** Defendants Mortgage Compliance Advisors LLC and Alison Pickett give notice that the above-captioned action now pending against it in the Iowa District Court in and for Polk County is removed therefrom to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted,

GONZALEZ SAGGIO & HARLAN, LLP

By:   s/ *Kerrie M. Murphy*  
      Kerrie M. Murphy, AT0005576  
      Julie T. Bittner, AT0009719  
      GONZALEZ SAGGIO & HARLAN LLP  
      1501 42nd Street, Suite 465  
      West Des Moines, IA 50266-1090  
      Telephone: (515) 453-8509  
      Facsimile: (515) 267-1408  
      E-mail: kerrie_murphy@gshllp.com  
      E-mail: julie_bittner@gshllp.com  
      *Attorneys for Defendants*

## PROOF OF SERVICE

I hereby certify that on October 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing system which will send notification of such filing to the following:

    Joseph C. Glazebrook, AT0010193  
    Glazebrook & Moe, LLP  
    118 SE 4th St. Ste. 101  
    Des Moines, IA 50309  
    Phone: 515-259-1110  
    Fax: 515-259-1112  
    joseph@glazebrookmoe.com  
    *Attorneys for Plaintiff*

    /s/  *Theresa J. Edman*