IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK HAYES, <br><br> Plaintiff, <br><br> vs. <br><br> MORTGAGE COMPLIANCE ADVISORS LLC, <br><br> Defendant. | Case No. 4:14-cv-00392-JEG-RAW <br><br><br> **JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

**COME NOW** Plaintiff, Mark Hayes, and Defendant, Mortgage Compliance Advisors, by and through their undersigned attorneys and hereby stipulate to the dismissal of the above-captioned cause of action with prejudice. The parties each hereby receipt for costs.

/s/ *[signature]*
Joseph C. Glazebrook, AT0010193
GLAZEBROOK & MOE, LLP
118 SE 4th St. Ste. 101
Des Moines, IA 50309
Telephone: (515) 259-1110
Facsimile: (515) 259-1112
E-mail: joseph@glazebrook.com
*Attorney for Plaintiff*

*[signature]*
Kerrie M. Murphy, AT0005576
Julie T. Bittner, AT0009719
GONZALEZ SAGGIO & HARLAN LLP
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: kerrie_murphy@gshllp.com
E-mail: julie_bittner@gshllp.com
*Attorney for Defendant*

## Certificate of Service

I hereby certify that on ___April 29___, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

/s/ Brook Mauer